Jim HOLBERT, et al., Appellant,

v.

WILDER RV's, INC., Respondent.

No. WD 58830.

Missouri Court of Appeals, Western District.

May 22, 2001.

Meryl L. Lange, Raymore, MO, arguing on behalf of Appellant.

Lance W. Lefevre, Kansas City arguing on behalf of Respondent.

Before LAURA D. STITH, P.J.,[1] JAMES M. SMART, Jr., and VICTOR C. HOWARD, JJ.

*Order*

PER CURIAM.

Jim Holbert and Evelyn Talley appeal the summary judgment ruling in favor of Defendant Respondent in their negligence action.

The judgment is affirmed. Rule 84.16(b).